UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | MAGISTRATE NO.  04-1789-CBS |
| v. ) | |
| ) | |
| CARLOS RUBEN RIVERA ) | |

## GOVERNMENT'S MOTION TO UNSEAL CRIMINAL COMPLAINT

The government respectfully moves to unseal the criminal complaint and arrest warrant in this case, filed with this Court on June 22, 2004. As grounds therefor, the government states that the defendant has been arrested pursuant to a warrant issued by this Court, and there is no further need to maintain the secrecy of the criminal complaint.

Respectfully submitted,

MICHAEL J. SULLIVAN
United States Attorney

By: /s/ Antoinette E.M. Leoney
ANTOINETTE E.M. LEONEY
Assistant U.S. Attorney
(617) 748-3100

Date: June 24, 2004

6-24-04
allowed