UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA ) | CRIMINAL NO.: 04-10192-NG |
| v. ) | |
| ) | VIOLATIONS: |
| CARLOS RUBEN RIVERA ) | 21 U.S.C. §841(a)(1) - |
| ) | Possession with Intent to |
| Defendant. ) | Distribute, and Distribution |
| ) | of, Heroin |
| ) | 18 U.S.C. §922(g)(1) - |
| ) | Felon in Possession of |
| ) | Ammunition |
| ) | 21 U.S.C. §841(a)(1) - |
| ) | Possession with Intent to |
| ) | Distribute, and Distribution |
| ) | of Cocaine |

INDICTMENT

COUNT ONE:   (Title 21, United States Code, Section 841(a)(1) -
            Possession With Intent to Distribute, and
            Distribution of, Heroin)

The Grand Jury charges that:

On or about April 1, 2004, in New Bedford, in the District of Massachusetts,

CARLOS RUBEN RIVERA,

defendant herein, did knowingly and intentionally possess, with intent to distribute, and distributed, heroin, a Schedule I controlled substance.

All in violation of Title 21, United States Code, Section 841(a)(1).

<u>COUNT TWO</u>:   (Title 18, United States Code, Section 922(g)(1) -
           Felon in Possession of Ammunition)

The Grand Jury further charges that:

On or about April 19, 2004, at New Bedford, in the District of Massachusetts,

CARLOS RUBEN RIVERA,

defendant herein, after having been convicted in a court of a crime punishable by imprisonment for a term exceeding one year, did knowingly possess fifteen (15) spent shell casings and thirty-four (34) live-rounds of Remington .38 caliber ammunition, in and affecting commerce.

All in violation of Title 18, United States Code, Section 922(g)(1).

COUNT THREE:   (Title 21, United States Code, Section 841(a)(1) - Possession With Intent to Distribute, and Distribution of, Cocaine)

The Grand Jury further charges that:

On or about June 18, 2004, in New Bedford, in the District of Massachusetts,

CARLOS RUBEN RIVERA,

defendant herein, did knowingly and intentionally possess, with intent to distribute, and distributed, cocaine, a Schedule II controlled substance.

All in violation of Title 21, United States Code, Section 841(a)(1).

3

A TRUE BILL

*[signature]*
FOREPERSON OF THE GRAND JURY

*[signature]*
Assistant United States Attorney

DISTRICT OF MASSACHUSETTS          June 30, 2004

Returned into the District Court by the Grand Jurors and filed.

*[signature]*
Deputy Clerk 12:32 P