CJA 23
Rev. 5/98

# FINANCIAL AFFIDAVIT
## IN SUPPORT OF REQUEST FOR ATTORNEY, EXPERT OR OTHER COURT SERVICES WITHOUT PAYMENT OF FEE

| IN UNITED STATES | ☐ MAGISTRATE | ☐ DISTRICT | ☐ APPEALS COURT or | ☐ OTHER PANEL (Specify below) |

IN THE CASE: U.S. v.s. Rivera

FOR: Boston
AT: Massachusetts

LOCATION NUMBER: filed in open court 6/24/04

PERSON REPRESENTED (Show your full name): Carlos Ruben Rivera

1. ☒ Defendant—Adult
2. ☐ Defendant - Juvenile
3. ☐ Appellant
4. ☐ Probation Violator
5. ☐ Parole Violator
6. ☐ Habeas Petitioner
7. ☐ 2255 Petitioner
8. ☐ Material Witness
9. ☐ Other

DOCKET NUMBERS
Magistrate:
District Court: 04-10192-NG
Court of Appeals:

CHARGE/OFFENSE (describe if applicable & check box →) ☒ Felony  ☐ Misdemeanor
18 U.S.C. 922, 21 U.S.C. 841

## ANSWERS TO QUESTIONS REGARDING ABILITY TO PAY

**EMPLOYMENT**
Are you now ☒ Yes  ☐ No  ☐ Am Self-Employed
Name and address of employer: ___
IF YES, how much do you earn per month? $ 4,000
IF NO, give month and year of last employment. How much did you earn per month? $ ___
If married is your Spouse employed? ☒ Yes  ☐ No
IF YES, how much does your Spouse earn per month? $ 1,400
If a minor under age 21, what is your Parents or Guardian's approximate monthly income? $ ___

**ASSETS**

**OTHER INCOME**
Have you received within the past 12 months any income from a business, profession or other form of self-employment, or in the form of rent payments, interest, dividends, retirement or annuity payments, or other sources? ☐ Yes ☒ No
IF YES, GIVE THE AMOUNT RECEIVED & IDENTIFY THE SOURCES
RECEIVED: $560 / $800
SOURCES: Rent / Expected Rent

**CASH**
Have you any cash on hand or money in savings or checking accounts? ☒ Yes ☐ No  IF YES, state total amount $ 600.00

**PROPERTY**
Do you own any real estate, stocks, bonds, notes, automobiles, or other valuable property (excluding ordinary household furnishings and clothing)? ☒ Yes ☐ No
IF YES, GIVE THE VALUE AND DESCRIBE IT
VALUE: $255,000 / 7,000
DESCRIPTION: 508-510 Brock Ave - no equity / wife's car ('99 Galant)

**DEPENDENTS**
MARITAL STATUS: ☒ SEPARATED OR DIVORCED (SINGLE / MARRIED / WIDOWED)
Total No. of Dependents: 2
List persons you actually support and your relationship to them: ___

**OBLIGATIONS & DEBTS**

DEBTS & MONTHLY BILLS (LIST ALL CREDITORS, INCLUDING BANKS, LOAN COMPANIES, CHARGE ACCOUNTS, ETC.)

| APARTMENT OR HOME | Creditors | Total Debt | Monthly Paymt. |
|---|---|---|---|
| 1,800 | Equity One | $255,000 | $1,800 |
| 250 | Best Buy | $13,000 | $250 |
| 250 | Telephone Workers CU | $2,500 | $250 |
| 1,200 Locally | Child Support | ongoing | $1,200 |
| 400 Capital 1 | Credit Cards | $15,000 | $400 |

+ $10,000 wife's credit cards

I certify under penalty of perjury that the foregoing is true and correct. Executed on (date) ___

SIGNATURE OF DEFENDANT (OR PERSON REPRESENTED) ▶ ___