UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA )<br>)<br>v. )<br>)<br>CARLOS RUBEN RIVERA )<br>)<br>Defendant. ) | CRIMINAL NO.: 04-10192-NG |

INFORMATION PURSUANT TO 21 U.C.S. § 851

Pursuant to Title 21, United States Code, Section 851, the government files this Information giving notice that at the sentencing of Defendant Carlos Ruben Rivera the government may seek increased punishment by reason of the following criminal conviction:

a) Bristol Superior Court Docket # 27223, Offense: Possession Controlled Substance with Intent to Distribute (Trafficking) Class B Cocaine, Arraignment Date: December 18, 1990; Conviction date: September 7, 1995.

Respectfully submitted,

MICHAEL J. SULLIVAN
United States Attorney

By:  /s/Antoinette E.M. Leoney
ANTOINETTE E.M. LEONEY
Assistant U.S. Attorney

CERTIFICATE OF SERVICE

Suffolk, ss.                    Boston, Massachusetts
                                July 15, 2004

I, Antoinette E.M. Leoney, Assistant U.S. Attorney, certify that I caused a copy of the foregoing to be served by electronic

notice and by hand to Timothy Watkins, Esq., Federal Defender's Office, the counsel of record.

                                                     /s/Antoinette E.M. Leoney  
                                                    ANTOINETTE E.M. LEONEY  
                                                    Assistant U.S. Attorney