```
            UNITED STATES DISTRICT COURT
             DISTRICT OF MASSACHUSETTS
```

UNITED STATES OF AMERICA,
      Plaintiff,
v.
                      CR 04-10192-NG

CARLOS RUBEN RIVERA,
      Defendant,

<u>ORDER OF APPOINTMENT OF COUNSEL</u>

JUNE 24, 2004

SWARTWOOD, M.J.

It is hereby ORDERED that TIMOTHY WATKINS of the Federal Defender for the District of Massachusetts, 408 Atlantic Avenue, 3rd floor, Boston, Massachusetts, (617) 223-8061, is appointed to represent the above-named defendant in all proceedings related to the above-entitled case.

CHARLES B. SWARTWOOD, III
MAGISTRATE JUDGE

By the Court:

<u>/s/ Lisa B. Roland</u>
Lisa B. Roland
Deputy Clerk