October 29, 2004

Lisa Roland, Courtroom Clerk
US District Court/District of MA
Donohue Federal Building
595 Main Street
Worcester, MA 01608

                    RE:     **United States v. Carlos Ruben Rivera**
                            **Criminal No. 04-10192-NG**

Dear Ms. Roland:

            This is a letter of confirmation regarding my telephone request to you today for a transcript of the Electronic Clerk's Notes in reference to the Bond Hearing held 9/14/04 in front of Judge Swartwood concerning the above-captioned matter for Attorney Watkins.


            Please do not hesitate to contact either myself or Attorney Watkins should you have any questions regarding this matter.

            As always, thank you for your assistance.

                            Sincerely,



                            Barbara A. Bishop
                            Secretary