UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

_____  )
                             )
UNITED STATES OF AMERICA,    )
                             )
                             )
        v.                   )   CRIMINAL ACTION
                             )   NO. 04-10192-NG
CARLOS RUBEN RIVERA,         )
        Defendant,           )
                             )
_____  )

FINAL STATUS REPORT
January 20, 2005

**SWARTWOOD, M.J.**

The following is a Final Status Report to Gertner, J. to whom this case is assigned:

1. Rule 11 Hearing

Counsel for the parties have requested that this case be returned to Judge Gertner for a Rule 11 hearing.  I have granted that request.

2. Excludable Time

I am excluding from the Speedy Trial Act, the period from August 19, 2004 (date of expiration of prior order of excludable time) through January 20, 2005 (date by which plea negotiations were completed).  Therefore, the entire period from date of arraignment through January 20, 2005, has been excluded from the

Speedy Trial Act and assuming no further order of excludable time under the plan for prompt disposition of criminal cases, this case must be tried on or before <u>Thursday, March 31, 2005</u>.

                                                   <u>/s/Charles B. Swartwood, III</u>
                                                   CHARLES B. SWARTWOOD, III
                                                   MAGISTRATE JUDGE