UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| UNITED STATES OF AMERICA ) <br> ) <br> v.            ) <br> ) <br> CARLOS RUBEN RIVERA,     ) <br>      Defendant,     ) <br> ) | **CRIMINAL ACTION** <br> **NO. 04-10192-NG** |

**ORDER OF EXCLUDABLE TIME**
**January 20, 2005**

**SWARTWOOD, M.J.**

It is ordered pursuant to the provisions of 18 U.S.C. § 3161 (b)(1)(F), as interpreted by the United States Court of Appeals for this Circuit (<u>United States v. Jodoin</u>, 672 F.2d 232, 237 (1st Cir. 1982)), that the period from August 19, 2004 (date of expiration of prior order of excludable time) through January 20, 2005 (date by which plea negotiations were completed) shall be excluded from the Speedy Trial Act.

/s/Charles B. Swartwood, III
CHARLES B. SWARTWOOD, III
MAGISTRATE JUDGE