April 6, 2005

Tom Russo
Todesca Equipment Corp.
8 Wohcott Court
Readville, MA  02137

To Whom It May Concern:

I am writing this letter in reference to Carlos R. Rivera.  Carlos works for our company as a Local Four Operator (Heavy Equipment Operator).

Carlos is an outstanding worker who we hope will be returning to work on Monday, April 11, 2005.  Because of our commitment to our good workers, we were able to accommodate Carlos' schedule last season to allow him to deal with his personal matters.

However, we would ask you to consider providing Carlos with more flexibility in terms of his work schedule to assist us and him.  Typically, our workers are expected to be available to work throughout the State of Massachusetts from 7:00 am. – until daylight permits us to work.  Travel time can be anywhere from 1-2 hours each way on a daily basis.

Your consideration to our request would be greatly appreciated.  Please feel free to contact me should you like to further discuss this matter and/or need additional information at 617-361-4240.

Sincerely,

Tom Russo