

U.S. Department of Justice

*United States Attorney*
*District of Massachusetts*

*Main Reception: (617) 748-3100*    *United States Courthouse, Suite 9200*
*1 Courthouse Way*
*Boston, Massachusetts 02210*

July 7, 2005

The Honorable Nancy Gertner
United States District Court
District of Massachusetts
John Joseph Moakley U.S. Courthouse
1 Courthouse Way, Suite 2300
Boston, MA  02210

    Re:   <u>United States v. Carlos Ruben Rivera</u>
         Criminal No. 04-10192-NG

Dear Judge Gertner:

    The defendant, Carlos Ruben Rivera, is presently scheduled to plead guilty to a Three-Count Indictment on July 27, 2005 at 11:00 a.m., before your honor.  Sentencing will be scheduled for sometime in September, 2005.

    Please be advised that there is no written Plea Agreement between the parties.  And, the government has previously filed an Information pursuant to 21 U.C.S. § 851.

    Further, the government maintains that there is a statutory requirement that the defendant be placed into the custody of the United States Marshal immediately following the Court's entry of his guilty plea.  This letter will serve as notice to the Court and the defendant that detention must follow acceptance of the plea.

                                Very truly yours,

                                MICHAEL J. SULLIVAN
                                United States Attorney

                     By:   /s/Antoinette E.M. Leoney
                           ANTOINETTE E.M. LEONEY
                           Assistant U.S. Attorney

cc:  Timothy Watkins, Esq.
     Ina Howard-Hogan, U.S. Probation