```
                UNITED STATES DISTRICT COURT
                  DISTRICT OF MASSACHUSETTS

UNITED STATES OF AMERICA      )
                              )     CRIMINAL NO.  04-10192-NG
        v.                    )
                              )
CARLOS RUBEN RIVERA           )
```

**MOTION FOR EXTENSION OF TIME WITHIN WHICH TO FILE GOVERNMENT'S RESPONSE TO DEFENDANT'S SENTENCING MEMORANDUM**

The government respectfully moves for an extension of time within which to file any response to the defendant's sentencing memorandum, which was filed on or about July 5, 2005. [See Dkt #31]. The government's response is required to be filed 14 days thereafter - on or about July 19, 2005. The government, however, requests an extension from the applicable time requirements, until August 12, 2005 to file its response.

As grounds therefor, the government states the following:

1. The defendant, Carlos Ruben Rivera, is presently on pre-trial release. The defendant is scheduled for a change of plea/Rule 11 hearing on July 27, 2005. Sentencing will be scheduled following the change of plea for sometime in September, 2005.

2. The government needs the additional time due to vacation plans, a heavy workload, and other more immediate pressing matters requiring the undersigned's attention.

3. There will be no harm or detriment to the defendant if the within motion is granted.

WHEREFORE, the government respectfully requests that the Court grant it **until August 12, 2005** to file any response to the

defendant's sentencing memorandum.

                                        Respectfully submitted,

                                        MICHAEL J. SULLIVAN
                                        United States Attorney
                               By:

                                        /s/Antoinette E.M. Leoney
                                        ANTOINETTE E.M. LEONEY
                                        Assistant U.S. Attorney
Date: July 7, 2005                  (617) 748-3100

CERTIFICATE OF SERVICE

Suffolk, ss.                            Boston, Massachusetts
                                        July 7, 2005

    I, Antoinette E.M. Leoney, Assistant U.S. Attorney, certify that I caused a copy of the foregoing to be served by electronic notice and by hand to Timothy Watkins, Esq., Federal Defender's Office, the counsel of record.

                                          /s/Antoinette E.M. Leoney
                                        ANTOINETTE E.M. LEONEY
                                        Assistant U.S. Attorney