

U.S. Department of Justice

*United States Attorney*
*District of Massachusetts*

Main Reception: (617) 748-3100

United States Courthouse, Suite 9200
1 Courthouse Way
Boston, Massachusetts 02210

July 29, 2005

The Honorable Nancy Gertner
United States District Court
District of Massachusetts
John Joseph Moakley U.S. Courthouse
1 Courthouse Way, Suite 2300
Boston, MA  02210

    Re:  <u>United States v. Carlos Ruben Rivera</u>
         Criminal No. 04-10192-NG

Dear Judge Gertner:

    As you will recall, at yesterday's change of plea/Rule 11 hearing, the government proffered a copy of Defendant Carlos Ruben Rivera's certified state court records evidencing his prior Massachusetts conviction out of Bristol Superior Court.  In this regard, please find enclosed for filing and docketing said certified court records which, among other things, attests that Mr. Rivera was convicted in Bristol Superior Court on September 7, 1995 of possession of a controlled substance with intent to distribute a class B substance, to wit, cocaine, which is a crime punishable by a term of imprisonment greater than one year.

                                      Very truly yours,

                                      MICHAEL J. SULLIVAN
                                    United States Attorney

                    By:  ANTOINETTE E.M. LEONEY
                         Assistant U.S. Attorney

Enclosures
cc:  Timothy Watkins, Esq.
     Ina Howard-Hogan, U.S. Probation