# COMMONWEALTH OF MASSACHUSETTS

BRISTOL, ss.                                                              SUPERIOR COURT

I, Valerie A. Brodeur, Assistant Clerk of the Superior Courts within and for the County of Bristol, having custody of the records of said Court, do hereby certify that the foregoing are true copies of the indictments together with endorsements thereon, and the Docket Entries in <u>Commonwealth v. Carlos R. Rivera</u>, (BRCR1990-27223).

I further certify that our docket indicates that the above named Defendant, Carlos R. Rivera, was represented by Charles Hague of Fall River, Massachusetts.

IN WITNESS WHEREOF, I have herunto set my hand and affixed the Seal of said Superior Court, in Taunton this 28th day of July, two thousand four.

_____
Assistant Clerk of Courts

**(Seal)**

COMMONWEALTH OF MASSACHUSETTS

BRISTOL, ss.

I, Philip F. Leddy, Assistant Clerk/Magistrate of the Superior Court within and for the County of Bristol, having custody of the records of said Court, do hereby certify that the foregoing are true copies of the indictments together with endorsements thereon, and the Docket Entries, in criminal case(s) numbered 27223, 27228, 27229, COMMONWEALTH vs. Carlos R. Rivera

I further certify that our docket indicates that the above named Defendant, Carlos R. Rivera was represented by counsel, Charles Hague, Esq., Fall River, MA 02720.

IN WITNESS WHEREOF, I have hereunto set my hand and affix the seal of said Superior Court, this twelfth day of May, two thousand and four.

_____
Assistant Clerk/Magistrate

(Seal)

BRISTOL, SS. On this fifth day of December in the year nineteen hundred and ninety, this indictment was returned and presented to said Superior Court by the Grand Jury and ordered to be filed and filed.

Attest: _Marcel A. [illegible]_ Clerk/Magistrate

---

SP-DI
No. 27223

# INDICTMENT

## Commonwealth
vs.
CARLOS R. RIVERA

TRAFFICKING CL B 94C/32E(b)(4)

Sup. C. December Sitting 1990

Pleads not guilty – December 18, 1990 - PFL (TC)

Deft. Ordered to recognize in the amount of $25,000. with surety and committed failing to recognize – December 18, 1990 (Nixon, J.) PFL (TC)

[handwritten notes illegible]

Original bail revoked; Deft. ordered to recognize in the amount of $10,000 cash and committed failing to recognize. – May 20, 1991 (O'Neill,J.) JFD kan

Retracts and pleads guilty to UNL PS CL B INT DIST. – Sept. 7, 1995 RJM, kan

Sentenced to Massachusetts Correctional Institution, Cedar Junction for the term of not more than ten (10) years nor less than nine (9) years; one (1) year to be served and deemed served; Deft. advised of his right to appeal to the Appellate Division of the Superior Court for a Review of sentence; balance thereof suspended for two (2) years and

### PROBATION RECOGNIZED IN $100 WITH PROBATION OFFICER AS SURETY

; Deft. ordered to pay a Victim Witness Fee in the amount of $50.00; Deft. ordered to pay a Criminal Assessment Fee in the amount of $150.00 and Deft. further ordered to pay a probation fee in the amount of $30.00 per month to the Probation Dept.; the Court on imposing said sentence ordered that the deft. be deemed to have served said sentence. – Sept. 7, 1995 (Steele,J) RJM kan

REPORT OF PROBATION OFFICER. DISMISSED FROM PROBATION BY ORDER OF THE COURT

Sept. 9, 1997 (Connon,J)

084

# Commonwealth of Massachusetts

BRISTOL, SS.

At the SUPERIOR COURT holden at New Bedford within and for the County of Bristol, for the transaction of criminal business, on the first Monday of December in the year of our Lord one thousand nine hundred and ninety

THE JURORS for the said Commonwealth on their oath present, That Carlos R. Rivera, on or about the eighth day of November in the year of our Lord one thousand nine hundred and ninety, at New Bedford, in the County of Bristol aforesaid,

did traffick in a controlled substance, to wit: Cocaine, Class B, or any salt thereof, by knowingly or intentionally manufacturing, distributing, dispensing, or possessing with intent to manufacture, distribute or dispense, or bring into this Commonwealth, a net weight of two hundred grams or more of Cocaine, or any salt thereof, or a net weight of two hundred grams or more of any mixture containing Cocaine or salt thereof, in violation of Chapter 94C, Section 32E(b)(4) of the General Laws of Massachusetts.

(G.L. Chap. 94C, Sec. 32E(b)(4))

A true bill.

*[signature]*
Foreman of the Grand Jury

*[signature]*
Assistant District Attorney.

085

BDA 4

NO. 27223

**Commonwealth of Massachusetts**

Superior Court for Criminal Business

**DOCKET**

**COMMONWEALTH vs. CARLOS R. RIVERA**

| For Commonwealth | For Defendant |
|---|---|
| John Letourneau, Asst. D.A. | Charles Hague, Esq<br>Fall River, mass. |

UNL PS CL B INT DIST   94C/32E(B)/(4) A(c)

~~TRAFFICKING/CL/B~~

Distr. Cr.

086

| Dec. 5, 1990 | 1.) | Entered. ja |
|---|---|---|
| Dec. 18, 1990 | 2) | Notice of Appearance of Charles hague, Atty. for the Deft. (TC) |
| Dec. 18, 1990 | | Pleads not guilty, PFL (TC) |
| Dec. 18, 1990 | | Deft. Ordered to recognize in the amount of $25,000. with surety and committed falling to recognize. (Nixon, J.) PFL (TC) |
| Dec. 18, 1990 | 3) | Mittimus Issued. (TC) |
| Jan. 16, 1991 | 4) | Conference Report Filed. (dg) |
| March 1, 1991 | 5) | Deft.'s Motion for Statement of Deft. (dg) |
| arch 1, 1991 | 6) | Deft.'s Motion for Identification Procedure. (dg) |
| March 1, 1991 | 7) | Deft.'s Motion for Bill of Particulars. (dg) |
| March 1, 1991 | 8) | Deft.'s Motion for Exculpatory Evidence. (dg) |
| March 1, 1991 | 9) | Deft.'s Motion to be furnished with names and addresses of Commonwealth's Witnesses. (d (dg) |
| March 1, 1991 | 10) | Deft.'s Motion for Criminal Records and Probation Records of Commonwealth s Witnesses. (dg) |
| March 1, 1991 | 11) | Deft.'s Motion to be furnished with statements of promises, rewards or inducements. (dg |
| March 1, 1991 | 12) | Deft.'s Motion for Statements of Co-defendants. (dg) |

| Date | # | Entry |
|---|---|---|
| March 25, 1991 | 13) | Deft.'s Motion for Reduction of Bail. (dg) |
| May 20, 1991 | | Motion #13 Allowed. - (O'Neill,J) JFD kan |
| May 20, 1991 | | Original bail revoked; Deft. ordered to recognize in the amount of $10,000. and committed failing to recognize. - (O'Neill,J) JFD kan |
| May 20, 1991 | 14) | Mittimus for want of surety issued. |
| May 20, 1991 | | Mittimus #3 returned with service. |
| ne 11, 1991 | | Recognized in the amount of $10,000. cash with Hilda M. Fontanez, surety. (9749) |
| Oct. 4, 1991 | | Motions #5, 8, 10, and 12 are allowed, as amended, by agreement of the parties. PFL(Magistrate)/vab (copies to counsel) |
| Oct. 4, 1991 | 15) | Motions #6, 7, 9 and 11 are allowed by agreement of the parties. PFL(Magistrate)/vab (copies to counsel) |
| Sept. 7, 1995 | | Waiver of Defendant's rights. - kan |
| Sept. 7, 1995 | | Retracts and pleads guilty. - RJM kan |
| Sept. 7, 1995 | | Sentenced to Massachusetts Correctional Institution, Cedar Junction for the term of not more than ten (10) years nor less than nine (9) years; one (1) year to be served and deemed served;Deft. advised of his right to appeal to the Appellate Division of the Superior Court for a review of sentence; balance thereof suspended for two (2) years and<br><br>**PROBATION RECOGNIZED IN $100<br>WITH PROBATION OFFICER AS<br>SURETY**<br>; Deft. ordered to pay a Victim Witness Fee in the amount of $50.00<br>; Deft. ordered to pay a Criminal Assessment Fee in the amount of $150.00 and Deft. further ordered to pay a probation fee in the amount of $30.00 per month to the Probation Dept.; the Court on imposing said sentence ordered that the deft. be deemed to have served said sentence. - (Steele,J) RJM |
| Sept. 7, 1995 | | Notice sent to the Mass. State Police. - kan |
| Sept. 8, 1995 | | Check #1857 in the amount of $10,000.00 given in hand to Hilda M. Fontanez. ( 9749 ) |
| Mar. 20, 1996 | | Victim Witness Fee in the amount of $50.00 paid. cf |
| July 1, 1997 | | ~~Victim Witness~~ Fee in the amount of $150.00 paid in full. ma |

087



Commonwealth of Massachusetts

Superior Court for Criminal Business

DOCKET

COMMONWEALTH vs. CARLOS R. RIVERA

NO. 27223

FOR COMMONWEALTH

FOR DEFENDANT

Sept. 9, 1997  16) **REPORT OF PROBATION OFFICER. DISMISSED FROM PROBATION BY ORDER OF THE COURT.** (Connon, J)

Dist. Cr.

088

Filed 12-18-90
Fm #14

(2)

# COMMONWEALTH OF MASSACHUSETTS

BRISTOL, ss.                                                    SUPERIOR COURT
                                                                No. 27223-35



Criminal Session

COMMONWEALTH

vs.

_Carlos Rivera_

## APPEARANCE

---

### ORDER OF COURT

*An attorney who has entered an appearance in behalf of a defendant in a criminal case in the Superior Court shall not, except by express leave of Court, withdraw said appearance.*

---

I hereby enter my appearance for the above-named defendant.

_____Charles J Hayne_____
Attorney at Law

Address: _Fall River Mass_

Tel: _6780932_

089

ISC 179

BRISTOL, SS. On this   fifth   day of   December in the year nineteen hundred and   ninety,   this indictment was returned and presented to said Superior Court by the Grand Jury and ordered to be filed and filed.

Attest: _____ Clerk/Magistrate

SP-DI

No. 27228

# INDICTMENT

Commonwealth

vs.

CARLOS R. RIVERA

---

A & B ON P.O. (2)     265/13D

Sup. C. December Sitting 1990
Pleads not guilty - December 18, 1990 - PFL (TC)
Deft. ordered and recognized in the amount of $100 personal for appearance etc. - December 18, 1990 (Nixon,J.) PFL (TC)

Retracts and pleads guilty. - Sept. 7, 1995 - RJM kan

Placed on file per order of the Court, Deft. having this day been sentenced in #27223. - Sept. 7, 1995 (Steele,J) RJM kan

090

# Commonwealth of Massachusetts

BRISTOL, SS.

*At the SUPERIOR COURT holden at New Bedford within and for the County of Bristol, for the transaction of criminal business, on the* first *Monday of* December *in the year of our Lord one thousand nine hundred and* ninety

THE JURORS for the said Commonwealth on their oath present, That Carlos R. Rivera, on or about the eighth day of November in the year of our Lord one thousand nine hundred and ninety, at New Bedford, in the County of Bristol aforesaid,

did unlawfully possess a dangerous weapon, to wit:  a switchblade knife.

(G.L. Chap. 269, Sec. 10)

A true bill.

*Russell LeMatte*
Foreman of the Grand Jury.

*Assistant District Attorney.*

ADA 4

091

Commonwealth of Massachusetts
2SC 241

BRISTOL SS.
Superior Court for
Criminal Business
DOCKET

COMMONWEALTH vs. Carlos R. Rivera

NO. 27225

| For Commonwealth | For Defendant |
|---|---|
| John Letourneau, Asst. D.A. | Charles Hague, Esq<br>Fall River, mass. |

A&B ON P.O. (2)  265/13D  ja  Dist. Cr.

| | |
|---|---|
| Dec. 5, 1990 | 1.) Entered. |
| Dec. 18, 1990 | Notice of Appearance of Charles Hague, Atty. for the Deft. (Vide 27223, #2) |
| Dec. 18, 1990 | Pleads not guilty, PFL (TC) |
| Dec. 18, 1990 | Deft. ordered and recognized in the amount of $100 personal for aappearance etc., (Nixon, J.) PFL (TC) |
| Jan. 16, 1991 | Conference Report Filed. (vide 27223 #4). (dg) |
| March 1, 1991 | Deft.'s Motion for Statements of Deft. (Vide 27223 #5). (dg) |
| March 1, 1991 | Deft.'s Motion for Identification Procedure. (Vide 27223 #6). (dg) |
| March 1, 1991 | Deft.'s Motion for Bill of Particulars. (Vide 27223 #7). (dg) |
| March 1, 1991 | Deft.'s Motion for Exculpatory evidence. (vide 27223 #8). (dg) |
| March 1, 1991 | Deft.'s Motion to be furnished with names and addresses of Commonwealth's witnesses. (Vide 27223 #9). (dg) |
| March 1, 1991 | Deft.'s Motion for Criminal Records and Probation Records of Commonwealth's witnesses. (Vide 27223 #10). (dg) |
| March 1, 1991 | Deft.'s Motion to be furnished with statements of promises, rewards or inducements. (Vide 27223 #11). (dg) |
| March 1, 1991 | Deft.'s Motion for Statements of Co-defendants. (Vide 27223 #12). (dg) |

092

093

Oct. 4, 1995  Motions #5, 6, 10, and 12 are allowed, as amended, by agreement of the parties. PFL(Magistrate)/vab (copies to counsel) (vide 27223)

Oct. 4, 1995  Motions #6, 7, 9 and 11 are allowed by agreement of the parties. PFL(Magistrate)/vab (copies to counsel) (vide 27223)

Sept. 7, 1995  Waiver of Defendant's rights. - kan (vide 27223 #15)

Sept. 7, 1995  Retracts and pleads guilty. - RJM kan

Sept. 7, 1995  Placed on file per order of the Court, Deft. having this day been sentenced in #27223. - (Steele, J) RJM kan

BRISTOL, SS. On this       fifth           day of      December
in the year nineteen hundred and        ninety,         this indictment was returned and
presented to said Superior Court by the Grand Jury  and ordered to be filed and filed.

Attest: _____ Clerk/Magistrate

SP-DI4

No. 21729

# INDICTMENT

## Commonwealth

vs.

CARLOS R. RIVERA

1-30-91
2-6-91
3-8-91
1-1-91

UNL PS D/W                    269/10

Sup. C.  December  Sitting  1990
Pleads not guilty - Dec. 19, 1990 - PS- (TC)
Deft. ordered and recognized in the amount of $100 personal appearance etc. - December 19, 1990 (Nixon, J.) PSR (TC)

Retracts and pleads guilty. - Sept. 7, 1995 - RJM kan

Placed on file per order of the Court, Deft. having this day been sentenced in #27223. - Sept. 7, 1995 (Steele,J) RJM kan

094

# Commonwealth of Massachusetts

BRISTOL, SS.

At the SUPERIOR COURT holden at New Bedford within and for the County of Bristol, for the transaction of criminal business, on the first Monday of December in the year of our Lord one thousand nine hundred and ninety

COUNT #1   THE JURORS for the said Commonwealth on their oath present, That Carlos R. Rivera,

on or about the eighth day of November in the year of our Lord one thousand nine hundred and ninety, at New Bedford, in the County of Bristol aforesaid,

did assault and beat one Eric Crofton who was a state police officer of the Commonwealth of Massachusetts and who was then and there engaged in the performance of official duties.

COUNT #2   And The Jurors aforesaid, for the said Commonwealth, on their oath aforesaid, do further present, That said

Carlos R. Rivera,

on or about the eighth day of November in the year of our Lord one thousand nine hundred and ninety, at New Bedford, in the County of Bristol aforesaid,

did assault and beat one Anthony Roberto who was a police officer of the State of Rhode Island and who was then and there engaged in the performance of official duties.

(G.L. Chap. 265, Sec. 13D)

A true bill.

*[signature]*
Foreman of the Grand Jury.

*[signature]*
Assistant District Attorney.

095

BDA 4

# Commonwealth of Massachusetts

BRISTOL SS.
Superior Court for Criminal Business
DOCKET

2SC 241

NO. 27229

## COMMONWEALTH vs. Carlos R. Rivera

269/10

Dist. Cr.

**FOR COMMONWEALTH**
John Letourneau, Asst. D.A.

**FOR DEFENDANT**

UNL PS D/W

| Date | Entry |
|---|---|
| Dec. 5, 1990 | 1.) Entered. ja |
| Dec. 18, 1990 | Notice of Appearance of Charles Hague, Atty. for the Deft. (vide 27229, #2) |
| Dec. 18, 1990 | Pleads not guilty, PFL (TC) |
| Dec. 18, 1990 | Deft. ordered and recognized in the amount of $100 personal non appearance etc., (vide, T.) PFL (TC) |
| Dec. 18, 1990 | Conference Report filed. (vide 27229 #6). (dg) |
| March 1, 1991 | Deft. Motion for Statement of Deft.'s ... (vide 27229, #3.) |
| March 1, 1991 | Deft. Motion for Identification Procedures. (vide 27229 #7.) (dg) |
| March 1, 1991 | Deft. Motion for Bill of Particulars. (vide 27229 #8.) (dg) |
| March 1, 1991 | Deft. Motion for Exculpatory ... (vide 27229 #9.) (dg) |
| March 1, 1991 | Deft. Motion to be furnished with names and addresses of the Commonwealth's Witnesses. (vide 27229 #10). (dg) |
| March 1, 1991 | Deft.'s Motion to be furnished with a list of the Commonwealth's Witnesses. (vide 27229 #11). (dg) |
| March 1, 1991 | Deft.'s Motion for Statements of Co-Defendants. (vide 27229 #12). (dg) |

960

097

| Date | Entry |
|---|---|
| Oct. 4, 1991 | Motions #5, 8, 10, and 12 are allowed, as amended, by agreement of the parties. PFL(Magistrate)/vab (copies to counsel) (vide 27223) |
| Oct. 4, 1991 | Motions #6, 7, 9 and 11 are allowed by agreement of the parties. PFL(Magistrate)/vab (copies to counsel) (vide 27223) |
| Sept. 7, 1995 | Waiver of Defendant's rights. - kan (vide 27223 #15) |
| Oct. 7, 1995 | Retracts and pleads guilty. - RJM kan |
| Sept. 7, 1995 | Placed on file per order of the Court, Deft. having this day been sentenced in #27223. - (Steele,J) RJM kan |