```
              UNITED STATES DISTRICT COURT
               DISTRICT OF MASSACHUSETTS
```

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) Criminal No. 04-10192-NG |
| v. | ) |
| | ) |
| CARLOS RUBEN RIVERA, | ) |
| | ) |
| Defendant. | ) |

GOVERNMENT'S MOTION FOR LEAVE TO FILE FOUR EXCESS
PAGES TO GOVERNMENT'S MEMORANDUM OF LAW IN RESPONSE
AND IN OPPOSITION TO DEFENDANT'S SENTENCING MEMORANDUM

The United States of America, by and through its attorneys, Michael J. Sullivan, United States Attorney, and Assistant U.S. Attorney Antoinette E.M. Leoney, hereby files this motion for leave to file four (4) excess pages to its Memorandum of Law in Response and in Opposition to Defendant's Sentencing Memorandum.

WHEREFORE, the government respectfully requests that the Court grant the within motion.

```
                              Respectfully submitted,

                              MICHAEL J. SULLIVAN
                              United States Attorney


                         By:  /s/Antoinette E.M. Leoney
                              ANTOINETTE E.M. LEONEY
                              Assistant U.S. Attorney
                              1 Courthouse Way, Suite 9200
                              Boston, MA 02210
Dated: August 19, 2005        (617) 748-3103
```

<u>CERTIFICATE OF SERVICE</u>

Suffolk, ss.                                Boston, Massachusetts
                                            August 19, 2005

    I, Antoinette E.M. Leoney, Assistant U.S. Attorney, certify that I caused a copy of the foregoing to be served by electronic notice to Timothy Watkins, Esq., Federal Defender Office, 408 Atlantic Avenue, 3rd Floor, Boston, MA 02210, the counsel of record.

                                            /s/Antoinette E.M. Leoney
                                            ANTOINETTE E.M. LEONEY