AO 187 (Rev. 7/87) Exhibit and Witness List

# UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

UNITED STATES OF AMERICA
V.
CARLOS RUBIN RIVERA

**EXHIBIT AND WITNESS LIST**

Case Number:  04cr10192NG

| PRESIDING JUDGE | PLAINTIFF'S ATTORNEY | DEFENDANT'S ATTORNEY |
|---|---|---|
| GERTNER | ANTOINETTE LEONEY | TIMOTHY WATKINS |
| TRIAL DATE (S) | COURT REPORTER | COURTROOM DEPUTY |
|  | VALERIE O'HARA | JENNIFER FILO |

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS* AND WITNESSES |
|---|---|---|---|---|---|
|  | X |  |  |  | Mr. Silva |
|  | X |  |  |  | ATF Special Agent Hickey |
|  |  |  |  |  |  |
|  |  |  |  |  |  |

* Include a notation as to the location of any exhibit not held with the case file or not available because of size.

Page 1 of _____ Pages