UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v.  ) | Criminal No. 04-10192-NG |
| ) | |
| CARLOS RUBEN RIVERA, ) | |
| ) | |
| Defendant. ) | |

## NOTICE OF APPEAL

Notice is hereby given that the United States of America (the prosecution in the above-captioned case) hereby appeals to the United States Court of Appeals for the First Circuit from the sentence imposed on the defendant, Carlos Ruben Rivera, by the district court (Gertner, J.) on October 21, 2005 and the resulting Judgment in a Criminal Case (entered on the docket on November 1, 2005).

        Respectfully submitted,

        MICHAEL J. SULLIVAN
        United States Attorney

By:   /s/Antoinette E.M. Leoney
      ANTOINETTE E.M. LEONEY
      Assistant U.S. Attorney

### Certificate of Service

I, Antoinette E.M. Leoney, Assistant United States Attorney, hereby certify that I have caused a copy of this notice to be served by electronic court-filing notice and by hand on Timothy G. Watkins, Federal Defender's Office, Williams Coast Guard Building. 408 Atlantic Ave., Third Floor, Boston, MA 02210, on November 18, 2005.

        /s/Antoinette E.M. Leoney
        Antoinette E.M. Leoney
        Assistant U.S. Attorney