# United States Court of Appeals
## For the First Circuit

No. 05-2899

UNITED STATES

Appellant

v.

CARLOS RUBEN RIVERA

Defendant - Appellee

**JUDGMENT**

Entered: April 28, 2006
Pursuant to 1st Cir. R. 27(d)

Upon consideration of appellant's unopposed motion, it is hereby ordered that this appeal be voluntarily dismissed pursuant to Fed. R. App. P. 42(b) with each party to bear its own costs.

**Mandate to issue forthwith.**

Certified and Issued as Mandate
under Fed. R. App. P. 41.

Richard Cushing Donovan, Clerk

Deputy Clerk

Date: 4/28/06

By the Court:
Richard Cushing Donovan, Clerk

By: MARGARET CARTER
    Margaret Carter, Chief Deputy Clerk

[cc: Timothy G. Watkins, AFPD, Antoinette E.M. Leoney, AUSA, Dina Michael Chaitowitz, AUSA ]